**Opinion filed April 21, 2022**



## In The

# Eleventh Court of Appeals

_____

## No. 11-22-00063-CR

_____

## MILTON R. HINSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 14942-D**

### M E M O R A N D U M   O P I N I O N

Appellant, Milton R. Hinson, has filed a pro se notice of interlocutory appeal. Appellant states in his notice of appeal that he is appealing a "Motion And Order To Void Illegal Proceedings."  We dismiss the appeal.

When this appeal was docketed, the clerk of this court wrote Appellant and informed him that it did not appear that Appellant's notice of appeal related to a final, appealable order.  We requested that Appellant respond and show grounds to

continue the appeal. Appellant has responded, but he has not shown grounds upon which this appeal may continue.

An appellate court has jurisdiction to consider an appeal by a criminal defendant from a final judgment of conviction or as otherwise authorized by law. *Ragston v. State*, 424 S.W.3d 49, 51–52 (Tex. Crim. App. 2014); *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). Appellant's notice of appeal relates to the trial court's purported denial of, or failure to rule on, a pretrial motion. The trial court has not entered an appealable order in this cause; therefore, we have no jurisdiction to entertain this appeal.

Consequently, we dismiss this appeal for want of jurisdiction.

PER CURIAM

April 21, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.